## 16846.  HAWKS v. THE STATE.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only, and the verdict was authorized by the evidence.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 15, 1925.

Conviction of transporting liquor; from Clarke superior court— Judge Fortson.  August 29, 1925.

*Gerdine Lumpkin, Carlisle Cobb,* for plaintiff in error.

*Henry H. West, solicitor-general,* contra.

---

## 16850.  CARMAN v. THE STATE.

BLOODWORTH, J.  Neither of the special grounds of the motion for a new trial shows any reason why the judgment should be reversed, and there is some evidence to support the verdict, and this has the approval of the trial judge.

*Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 15, 1925.

Conviction of larceny of automobile; from Fulton superior court —Judge E. D. Thomas.  September 12, 1925.

*W. A. James, Vester M. Ownby,* for plaintiff in error.

*John A. Boykin, solicitor-general, Ralph H. Pharr,* contra.